UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOMER PREYER, | ) | CASE NO. SA CV 13-1799-JAK (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| BRIAN DUFFY, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED:   November 22, 2013.

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\SACV 13-1799 Judgment.wpd